BEVERIDGE, BROWN ET AL V. JOHN CHAUDIT.

**New Trial—Agreement With Attorney to Set Cause For a Certain Time.**
    An affidavit of defendant that an agreement was made to set a cause
    for the second week of a term, and that the case was called the first
    week in his absence, is sufficient to justify a new trial.

**Same.**
    An unexpected adjournment of the court at the end of the first
    week, would be no justification of a violation of the agreement.

APPEAL FROM MARSHALL CIRCUIT COURT.

November 23, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

If appellee had not agreed that the case should stand over until
the second week of the circuit term, on the appeal of Brown for
him to· do so in order that he, Brown, might go to Indiana to
attend some important business, he could easily have counter-
vailed Browns' affidavit of this fact by his own.

Brown's affidavit, on motion for a new trial, to this fact, must
be taken as true in the absence of any countervailing affidavit of
Chaudit, or other person, and on this fact alone entitled him to a
new trial, inasmuch as the trial was had the first week of the
term, and in Browns' absence.

The unexpected adjournment of the term at the end of the first
week was no justification of the violation of this agreement, and
though this motion was made on Saturday of the first week, the

last day the court would sit at that term, it should have prevailed. Judgment reversed for a new trial.

*Husbands, for appellants.*

*Palmer & Gilbert, for appellee.*